```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF GEORGIA
                         COLUMBUS DIVISION

ASHLEY ALTON DIAMOND,              :
                                   :
            Plaintiff,             :
                                   :
      VS.                          :   Case No. 4:13-cv-511-CDL-MSH
                                   :         42 U.S.C. § 1983
GEORGIA DEPARTMENT OF              :
CORRECTIONS, et al.,               :
                                   :
            Defendant.             :
                                   :
```

**ORDER**

Presently pending before the Court is Plaintiff's Motion to voluntarily dismiss (ECF No. 30) his complaint without prejudice filed on February 27, 2014.[1]  The motion is hereby granted.

IT IS SO ORDERED, this 28th day of February, 2014.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE

---

[1] Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, a plaintiff is entitled to a dismissal without a court order if he files a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.  Defendants have filed neither, and therefore Plaintiff would have been entitled to file a notice of dismissal rather than a motion.  However, as Plaintiff is proceeding pro se, the Court will grant the motion and dismiss the action.